```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 43578
   LEE DORA DUNCAN
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-2113


-----------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
      The case was filed on 11/23/2004 and was confirmed 01/19/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors an estimated  10.00% from remaining funds.

      The case was dismissed after confirmation 09/19/2007.
-----------------------------------------------------------------------------
 CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-----------------------------------------------------------------------------
 ABN AMRO MORTGAGE GROUP  CURRENT MORTG    24845.38           .00       24845.38
 ABN AMRO MORTGAGE GROUP  MORTGAGE ARRE     7004.82           .00        1530.76
 CITY OF CHICAGO WATER DE SECURED            287.64           .00         269.91
 COMMONWEALTH EDISON      UNSECURED       NOT FILED           .00             .00
 PEOPLES GAS LIGHT & COKE UNSECURED          417.41           .00             .00
 AT & T BANKRUPCTY        UNSECURED       NOT FILED           .00             .00
 LEGAL DEFENDERS PC       DEBTOR ATTY      2,394.00                     2,394.00
 TOM VAUGHN               TRUSTEE                                       1,569.95
 DEBTOR REFUND            REFUND                                             .00

      Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                       RECEIPTS             DISBURSEMENTS
-----------------------------------------------------------------------------
 TRUSTEE                30,610.00

 PRIORITY                                           .00
 SECURED                                      26,646.05
 UNSECURED                                          .00
 ADMINISTRATIVE                                2,394.00
 TRUSTEE COMPENSATION                          1,569.95
 DEBTOR REFUND                                       .00
                        ---------------      ---------------
 TOTALS                 30,610.00              30,610.00




              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 43578 LEE DORA DUNCAN
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 12/27/07                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```